IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Adan Gonzalez,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Lance Hetmer, *et al.*,<br><br>　　　　　Defendants. | No. CV-22-01672-PHX-JJT (ESW)<br><br>**ORDER** |

At issue is the Report and Recommendation (Doc. 55, "R&R") entered in this matter by United States Magistrate Judge Eileen S. Willett recommending that the Court dismiss Count 3 of the First Amended Complaint and dismiss several Defendants from the action. In the R&R, Judge Willett warned the parties that they had fourteen days from service of the R&R to file specific objections thereto, and that "failure to file timely objections to the Magistrate Judge's [R&R] may result in the acceptance of the [R&R] by the District Court without further review. *Reyna v. Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)." (R&R at 3.) As the case is subject to electronic filing (Doc. 3) and Plaintiff has access to CM/ECF, the R&R was served on him upon its entry into ECF, on May 18, 2023, and his fourteen days to object to the R&R ran on June 1, 2023. More than two weeks have passed since that deadline and Plaintiff still has filed no objections to the R&R. The Court thus may accept the R&R without further review. It nonetheless reviews the recommendations and their bases on their merits, and upon doing so, concludes Judge Willett's reasoning is sound and supported in the law.

The Court previously dismissed Count Three of the Complaint for the same reasons Judge Willett now recommends again dismissing it from the First Amended Complaint. Plaintiff has failed to amend Count Three to include any allegations that support a conclusion that any defendant named in it took any adverse action against him because of any protected conduct he engaged in. And Plaintiff fails to state a claim in any of his Counts against Defendants Daniels, Johnson, Doe, Pacheco, Monson, Parks, Sutton or Evans. Plaintiff names them but fails to tie them through any allegations to any of the remaining claims. Thus the Court will again dismiss them from the operative First Amended Complaint. This matter will now move forward with the remaining claims and Defendants not dismissed.

**IT IS ORDERED** adopting in whole the R&R entered by Judge Willett in this matter (Doc. 55).

**IT IS FURTHER ORDERED** dismissing Count Three of the operative First Amended Complaint (Doc. 54).

**IT IS FURTHER ORDERED** dismissing from this action Defendants Daniels, Johnson, General Counsel Doe, Pacheco, Monson, Parks, Sutton and Evans.

Dated this 16th day of June, 2023.

Honorable John J. Tuchi
United States District Judge